**Electronically Filed
Supreme Court
SCMF-20-0000152
26-JUL-2021
10:19 AM
Dkt. 125 ORD**

SCMF-20-0000152

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

In the Matter of the Judiciary's Response
to the COVID-19 Outbreak

---

<u>EIGHTH EXTENSION OF ORDER REGARDING
TEMPORARY EXTENSION OF THE TIME REQUIREMENTS UNDER
HAWAI'I RULES OF PENAL PROCEDURE RULE 10(a), (b), and (c)</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Eddins, JJ.,
with Wilson, J., concurring and dissenting[1])

     The COVID-19 pandemic has caused a public health emergency.  In response to the pandemic, the Judiciary postponed non-urgent court business and limited in-person proceedings in an effort to ensure the health and safety of court users and Judiciary personnel, and to minimize the risk of spreading COVID-19 in the courts.  As COVID-19 cases remained low, court operations resumed in accordance with public health safety guidance, and to the extent possible with available resources.

---

    [1]  <u>See</u> Dissent to Amended Order Re: Felony Defendants (Filed August 18, 2020); Order Re: Petty Misdemeanor, Misdemeanor, and Felony Defendants at Maui Community Correctional Center, Hawai'i Community Correctional Center, and Kaua'i Community Correctional Center (Filed August 24, 2020); Order Re: Petty Misdemeanor, Misdemeanor, and Felony Defendants (Filed August 27, 2020); and Order Denying Petitioner's "Motion to Compel Compliance with This Court's Orders" (Filed September 1, 2020).  The Dissent was filed on February 18, 2021, in SCPW-20-0000509.  <u>See also</u> Concurrence and Dissent Re: Order Regarding Temporary Extension of the Time Requirements Under Hawai'i Rules of Penal Procedure Rule 10(a), (b), and (c), filed on August 20, 2020.

Criminal proceedings have proceeded in-person and by video conference in accordance with court rules and as feasible.

In July 2020, there was a surge of COVID-19 cases in Hawaiʻi, with record numbers of positive cases and increased hospitalizations being reported. There was also a surge of COVID-19 cases in our community correctional centers and facilities, particularly at the Oʻahu Community Correctional Center ("OCCC"). As a result, additional time was required to be afforded for arraignments in order to give sufficient opportunity for those released from OCCC to self-isolate or quarantine for possible COVID-19 exposure as necessary and to ensure the health and safety of court users and Judiciary personnel.

Thus, on August 18, 2020, this court entered the "Order Regarding Temporary Extension of the Time Requirements Under Hawaiʻi Rules of Penal Procedure Rule 10(a), (b), and (c)," which provided that the first circuit may temporarily extend the time requirements for arraignments no longer than reasonably necessary to protect public health and safety, while encouraging judges to utilize remote technology whenever possible. As the number of COVID-19 cases continued to remain high, this court extended the provisions of the August 18, 2020 order. Currently, the August 18, 2020 order, as extended, expires on July 31, 2021.

The rate of positive COVID-19 cases and hospitalizations on Oʻahu, and within our community correctional centers, continues to fluctuate. While the positivity rate appeared to have been stabilizing the past few months, the positivity rate and hospitalizations have spiked within the last week. Thus, as the pandemic conditions continue to evolve and impact our community, health and safety precautions continue to

2

remain in place.  Given the fluidity of these conditions, flexibility and vigilance in adapting to these extraordinary circumstances is vital, and the continued need to protect the health and safety of court users and Judiciary personnel during this unprecedented time remains paramount.  A further extension of the August 18, 2020 order for first circuit criminal matters is therefore necessary.

Accordingly, pursuant to article VI, section 7 of the Hawaiʻi Constitution, Hawaiʻi Revised Statutes §§ 601-1.5 and 602-5(a)(6), and Governor David Y. Ige's Emergency Proclamations,

IT IS HEREBY ORDERED that the August 18, 2020 "Order Regarding Temporary Extension of the Time Requirements Under Hawaiʻi Rules of Penal Procedure Rule 10(a), (b), and (c)" for first circuit criminal matters is further extended until September 30, 2021, unless otherwise further modified or extended.

Dated:  Honolulu, Hawaiʻi, July 26, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

